# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KAREN PLATT,

    Plaintiff,

v.

UNIVERSITY OF MICHIGAN,

    Defendants.

Case No. 2:23-cv-12396

Hon. Nancy Edmunds

---

## ORDER OF WITHDRAWAL AS COUNSEL FOR PLAINTIFF

**WHEREAS**, attorney of record for Plaintiff, Samantha Perry (P86817), left the employ of CROSON, TAUB, & MICHAELS, PLLC on February 13, 2024;

**WHEREAS**, attorneys of Record for Plaintiff, Charlotte Croson and Adam M. Taub of CROSON, TAUB, & MICHAELS, PLLC will remain as counsel;

**IT IS HEREBY ORDERED** that Samantha Perry is withdrawn as attorney of record for Plaintiff, Karen Platt, in the instant matter.

**IT IS SO ORDERED.**

Dated: February 23, 2024

s/ Nancy G. Edmunds
Hon. Nancy Edmunds
United States District Judge